# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JERRY McKEE**                                                               **PLAINTIFF**
**ADC #174370**

**V.**                      **CASE NO.  4:20-cv-01302 JM**

**ARKANSAS SUPREME COURT,** *et al.*                              **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This dismissal counts as a "strike" and the Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

IT IS SO ORDERED this 25th day of January, 2021.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE